**Gabriel SANCHEZ, Petitioner–Appellant,**

v.

**BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); Michael J. Garcia, Assistant Secretary for ICE; Michael Chertoff, Secretary for Department of Homeland Security (DHS); Alberto R. Gonzales, Attorney General, Respondents–Appellees.**

No. 05–56665.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 5, 2007.*

Filed Feb. 13, 2007.

Alejandro Garcia, Esq., City of Commerce, CA, for Petitioner–Appellant.

Erika Johnson–Brooks, Esq., Jason K. Axe, Esq., Los Angeles, CA, for Respondents–Appellees.

Before: MCKAY,** KOZINSKI and TROTT, Circuit Judges.

### MEMORANDUM***

Appellant's argument that the REAL ID Act's repeal of habeas jurisdiction over

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

final removal orders violates the Suspension Clause, is foreclosed by *Puri v. Gonzales,* 464 F.3d 1038, 1041–42 (9th Cir. 2006). The district court thus did not err in dismissing the petition for lack of subject matter jurisdiction.

AFFIRMED.